**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE: _____  Case No. _____

**PIZARRO PIZARRO, NOLASCO & COLON LOPEZ, ADA SAMALYS**  Chapter **13**
Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

---

PLAN DATED: **12/31/2009**   ☐ AMENDED PLAN DATED: _____
☑ PRE ☐ POST-CONFIRMATION   Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **250.00** x **60** = $ **15,000.00**
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ **15,000.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:
☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ **15,000.00**

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ **75.00**
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **BANCO POPULAR**   Cr. _____   Cr. _____
# **3551 PRE & POST**   # _____   # _____
$ **2,244.00**   $ _____   $ _____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **BANCO POPULAR**   Cr. _____   Cr. _____
# **XXXXXX30001**   # _____   # _____
$ **3,768.00**   $ _____   $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____   Cr. _____   Cr. _____
# _____   # _____   # _____
$ _____   $ _____   $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other:
_____
6. ☑ Debtor otherwise maintains regular payments directly to:
   **BANCO POPULAR**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
   ☐ Paid 100% / ☐ Other: _____
Cr. _____   Cr. _____   Cr. _____
# _____   # _____   # _____
$ _____   $ _____   $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,625.00**

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
**See Continuation Sheet**

Signed: **/s/ NOLASCO PIZARRO PIZARRO**
        Debtor

**/s/ ADA SAMALYS COLON LOPEZ**
Joint Debtor

Attorney for Debtor **JIMENEZ - QUINONES LAW OFFICES** _____   Phone: **(787) 691-2458**

CHAPTER 13 PAYMENT PLAN

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** PIZARRO PIZARRO, NOLASCO & COLON LOPEZ, ADA SAMALYS  Case No. _____
Debtor(s)

# CHAPTER 13 PAYMENT PLAN
### Continuation Sheet - Page 1 of 1

**1. TWO (2) PRE-PETITION AND ONE (1) POST PETITION MONTHLY PAYMENTS IN RESIDENTIAL MORTGAGAE ARRERAS, TO BE CURED THROUGH THE PLAN BY THE TRUSTEE.**

**2. $75.00 PRE-CONFIRMATION ADEQUATE PROTECTION PAYMENTS TO BANCO POPULAR FOR THE 2001 NISSAN PATHFINDER SUV (ACC. #XXXXXXX30001) LOAN.**

**3. POST CONFIRMATION ADEQUATE PROPTECTION TO BE PROVIDED THROUGH TRIPLE S PROPERTY INSURANCE, ESTIMATED AT $1,000.**

**4. INCOME TAX REFUNDS WILL BE DEVOTED EACH YEAR, AS PERIODIC PAYMENTS, TO FUND THE PLAN UNTIL COMPLETION. THE TENDER OF SUCH PERIODIC PAYMENTS SHALL DEEM THE PLAN MODIFIED BY SUCH AMOUNT, WITHOUT THE NEED OF FURTHER NOTICE, HEARING OR COURT ORDER. MAY DEBTOR(S) NEED TO USE A PORTION OF SAID REFUND, PRIOR AUTHORIZATION OF THE COURT SHALL BE SOUGHT BY DEBTOR(S).**

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only